█ In the Matter of FENDI B., a Child Alleged to be Abused. JASON B., Appellant; ADMINISTRATION FOR CHILDREN SERVICES, Respondent. [37 NYS3d 538]—

Order of disposition, Family Court, Bronx County (Sarah P. Cooper, J.), entered on or about March 19, 2015, to the extent it brings up for review a fact-finding order (same court and Judge), entered on or about March 19, 2015, which found that respondent sexually abused the subject child, unanimously affirmed, without costs. Appeal from the fact-finding order unanimously dismissed, without costs, as subsumed in the appeal from the order of disposition.

The finding that respondent sexually abused the subject child was supported by a preponderance of the evidence (Family Ct Act §§ 1012 [e] [iii]; 1046 [b] [i]). The child's sworn testimony at the fact-finding hearing is competent evidence that respondent sexually abused her (*see Matter of Christina G. [Vladimir G.]*, 100 AD3d 454 [1st Dept 2012], *lv denied* 20 NY3d 859 [2013]; *Matter of Danielle M.*, 151 AD2d 240, 243 [1st Dept 1989]). Contrary to respondent's contention, the Family Court properly credited the child's testimony and any inconsistencies with her prior statements were minor and peripheral to the dispositive issues (*see Matter of Kylani R. [Kyreem B.]*, 93 AD3d 556 [1st Dept 2012]). Furthermore, the child's testimony was corroborated by her medical records, which included her similar account of the abuse, as well as by the caseworker's testimony (*see Matter of Imani G. [Pedro G.]*, 130 AD3d 456 [1st Dept 2015]; *Matter of Dayanara V. [Carlos V.]*, 101 AD3d 411 [1st Dept 2012]). Concur—Sweeny, J.P., Manzanet-Daniels, Feinman, Kapnick and Webber, JJ.